AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Benjamin R. Woodbury<br>_Defendant_ | )<br>)<br>)<br>)   Case No. 2:22mj220<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment            ☐ Superseding Indictment      ☐ Information   ☐ Superseding Information      ☐ Complaint

☒ Probation Violation Petition        ☐ Supervised Release Violation Petition  ☐ Violation Notice      ☐ Order of Court

| Place: | US District Court<br>600 Granby Street<br>Norfolk, VA. 23510 | Courtroom No.: | Magistrate Courtroom Two |
|---|---|---|---|
| | | Date and Time: | 4/28/2023 9:00 AM |

This offense is briefly described as follows:
Probation Violation - (DUI - underlying offense)

Date:        4/14/2023

_Issuing officer's signature_

Douglas E. Miller, US Magistrate Judge
_Printed name and title_

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:      04/19/2023

FILED

APR 1 9 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

_Daniel Payne_
_Server's signature_

D. Payne, DUSM
_Printed name and title_

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)*   04/19/2023   .

[X] personally served the summons on this defendant   Benjamin Woodbury   at
*(place)*   benwoodbury21@outlook.com   on *(date)*   04/19/2023   ; or

[ ] On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____, a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

[ ] I delivered a copy of the summons to *(name of individual)* _____,
who is authorized to receive service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

[ ] The summons was returned unexecuted because: _____
_____.

I declare under penalty of perjury that this information is true.

Date returned:   04/19/2023

_Daniel Payne_
_____
*Server's signature*

D. Payne, DUSM
_____
*Printed name and title*

Remarks:



**U.S. Department of Justice**
United States Marshals Service

**Process 083-2:2022-MJ-00220-1 | Cost Worksheet**
Printed on: 04/19/2023

**PROCESS INFORMATION**

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| MJ | E/VA - NORFOLK | E/VA - NORFOLK | United States of America v. Benjamin R. Woodbury |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | Summons | BENJAMIN ROSS WOODBURY |

**SUMMARY**

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 04/14/2023 09:43 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 04/19/2023 15:15 EDT | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$65.00** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| **Amount Owed** | **$65.00** |
| **Remaining Process to Serve:** | |